1  BUCHALTER NEMER
   A Professional Corporation
2  BARRY A. SMITH (SBN: 48697)
   DEBRA DEEM (SBN: 89183)
3  JASON E. GOLDSTEIN (SBN: 207481)
   18400 Von Karman Avenue, Suite 800                          JS-6
4  Irvine, California 92612
   Telephone: (949) 760-1121
5  Fax: (949) 720-0182
   Email:  ddeem@buchalter.com; jgoldstein@buchalter.com

   Attorneys for Plaintiff and Cross-Defendant
   SAN DIEGO METROPOLITAN CREDIT UNION

                    **UNITED STATES DISTRICT COURT**

                    **CENTRAL DISTRICT OF CALIFORNIA**

| SAN DIEGO METROPOLITAN CREDIT UNION, | Case No. CV 12-1594 DMG (SHx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE [22]** |
| vs. | |
| AMERICA'S CHRISTIAN CREDIT UNION, ET AL., | |
| AND RELATED CROSS-ACTION | |

THE COURT, having considered the parties' stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED:

This action is dismissed, in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2) and (c), the Parties to bear their own costs and attorneys' fees.

DATED:  June 27, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE